Certificate Number: 15725-PAE-CC-031582645



15725-PAE-CC-031582645

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 7, 2018, at 11:45 o'clock AM EDT, Deborah Collins received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   September 7, 2018                By:     /s/Vincent Whelan

                                         Name:   Vincent Whelan

                                         Title:  Issuer

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).