# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Deborah E. Collins | : | CASE NO.:  18-15957 |
| Debtor(s) | : | CHAPTER  7 |

## Certificate of Service

Diane E. Barr, does hereby certify that a true and correct copy of Debtor's Motion to Convert Chapter 7 Case to a Chapter 13 was served by either by first class mail or by electronic means upon all creditors appearing on the mailing matrix.

Date:  September 24, 2018                     /s Diane E. Barr, Esquire
                                              Diane E. Barr
                                              Attorney for Debtor