## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:  Deborah E. Collins**          :          **CASE NO.:  18-15957**


**Debtor(s)**                           :          **CHAPTER  7**


## ORDER


AND NOW THIS, __27th__ day of __September__ , 2018, it is hereby ordered that Debtor shall have until October 8, 2018 to file all required documents.

_____
Honorable Ashely M. Chan