**Fill in this information to identify your case:**

Debtor 1: Deborah Collins
(First Name / Middle Name / Last Name)

Debtor 2: ___
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 18-15957

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City          State        ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |
| **3.1** Name / Number Street / City State ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Name / Number Street / City State ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** Name / Number Street / City State ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Official Form 106H                    Schedule H: Your Codebtors                    page 1 of ___

Debtor 1  Deborah _____ Collins _____  Case number (*if known*) 18-15957 _____
      First Name   Middle Name   Last Name

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

3._  
Name _____  
Number  Street _____  
City  State  ZIP Code  
☐ Schedule D, line _____  
☐ Schedule E/F, line _____  
☐ Schedule G, line _____

Official Form 106H     Schedule H: Your Codebtors     page ___ of ___