**Fill in this information to identify your case:**

Debtor: Deborah _____ Collins
    First Name     Middle Name     Last Name

Debtor 2 _____
(Spouse If filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 18-15957

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Name:** Diana Butler Dolan<br>**Number Street:** 201 Bennett Road<br>**City State ZIP:** Springfield PA 19064 | Commercial lease for bridal business located at 1024 N. Providence Road, Media, PA 19064 |
| 2.2 | | |
| 2.3 | | |
| 2.4 | | |
| 2.5 | | |

Official Form 106G     Schedule G: Executory Contracts and Unexpired Leases     page 1 of ___

Debtor 1 _____
   First Name  Middle Name  Last Name

Case number *(if known)* __18-15957_____

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |

2.2
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code

2._
Name _____
Number   Street _____
City         State     ZIP Code