United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah Collins  
    Debtor

Case No. 18-15957-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Joan     Page 1 of 1     Date Rcvd: Dec 03, 2018  
                           Form ID: 167     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.

```
db             +Deborah Collins,    504 Foster Drive,    Springfield, PA 19064-1740
cr             +U.S. Bank NA, successor trustee to Bank of America,    c/o KEVIN G. MCDONALD,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211552        ARS National Services/Capital One,    Po Box 4690246,    Escondido, CA  92046
14211549       +Creidt Collections Services,    725 Canton Street,    Norwood, MA 02062-2679
14211547       +Fuseller & Associates,    637 Presidential Drive,    Richardson, TX 75081-2928
14211550       +Portfolio Recovery Associate/Capital One,    PO Box 12914,    Norfolk, VA 23541-0914
14211551       +Radius/First Premier,    PO Box 390846,    Minneapolis, MN 55439-0846
14211545       +Select Portfolioi Systems,    Po Box 65250,    Salt Lake City, UT 84165-0250
14211546      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial,    Po Box 5855,    Carol Stream, IL  60197)
14198993       +U.S. Bank NA, successor to Bank of America NA,,    LaSalle Bank NA, Washington Mutual Mortg,
                 c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211548       +Zoomli,    PPO Box 526031,    Salt Lake City, UT 84152-6031
14199781       +Zoomli LLC,    PO Box 526037,    Salt Lake City, UT 84152-6037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:

```
              DIANE E. BARR    on behalf of Debtor Deborah  Collins thelawofficeofdianebarr@yahoo.com,
               dbarrcg@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the
               Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                            TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deborah Collins
    Debtor(s)

Case No: 18−15957−amc

Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Convert Case to Chapter 13 Filed by Deborah Collins Represented by DIANE E. BARR (Counsel).

    on: 12/12/18

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/3/18

Timothy B. McGrath
Clerk of Court

40 − 10
Form 167