## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRTICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins  :  Case No.  18-15957

: Chapter 7

:

:

## ORDER

And now this __12th__ day of __December__, 2018, it is hereby ordered the Chapter 7 case is converted to a Chapter 13.

Date: **December 12, 2018**    _____

Honorable Ashely M. Chan