United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15957-amc
Deborah Collins                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 1              Date Rcvd: Dec 12, 2018
                       Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db            +Deborah Collins,    504 Foster Drive,    Springfield, PA 19064-1740
cr            +U.S. Bank NA, successor trustee to Bank of America,     c/o KEVIN G. MCDONALD,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211552       ARS National Services/Capital One,     Po Box 4690246,    Escondido, CA  92046
14211549      +Creidt Collections Services,    725 Canton Street,    Norwood, MA 02062-2679
14211547      +Fuseller & Associates,    637 Presidential Drive,    Richardson, TX 75081-2928
14211550      +Portfolio Recovery Associate/Capital One,    PO Box 12914,    Norfolk, VA 23541-0914
14211551      +Radius/First Premier,    PO Box 390846,    Minneapolis, MN 55439-0846
14211545      +Select Portfolioi Systems,    Po Box 65250,    Salt Lake City, UT 84165-0250
14211546     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial,    Po Box 5855,    Carol Stream, IL  60197)
14198993      +U.S. Bank NA, successor to Bank of America NA,,     LaSalle Bank NA, Washington Mutual Mortg,
                c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211548      +Zoomli,    PPO Box 526031,    Salt Lake City, UT 84152-6031
14199781      +Zoomli LLC,    PO Box 526037,    Salt Lake City, UT 84152-6037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:10
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
```
              DIANE E. BARR    on behalf of Debtor Deborah  Collins thelawofficeofdianebarr@yahoo.com,
               dbarrcg@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the
               Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRTICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins            :        Case No.  18-15957

                                                                    :        Chapter 7

                                                                   :

                                                                   :

**ORDER**

       And now this __12th__ day of __December__, 2018, it is hereby ordered the Chapter 7 case is converted to a Chapter 13.

Date:  **December 12, 2018**                    _____

                                                                            Honorable Ashely M. Chan