# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-15957-AMC

DEBORAH COLLINS

504 FOSTER DRIVE

SPRINGFIELD, PA 19064-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DEBORAH COLLINS

    504 FOSTER DRIVE

    SPRINGFIELD, PA 19064-

**Counsel for debtor(s), by electronic notice only.**
    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    24 VETERANS SQUARE
    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                  /s/ William C. Miller

Date: 3/7/2019

                                  _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee