# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15957-AMC

DEBORAH COLLINS

504 FOSTER DRIVE

SPRINGFIELD, PA 19064-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEBORAH COLLINS

    504 FOSTER DRIVE

    SPRINGFIELD, PA 19064-

Counsel for debtor(s), by electronic notice only.

    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    24 VETERANS SQUARE
    MEDIA, PA 19063-

Date: 3/29/2019

                                             /S/ William C. Miller
                                             _____
                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee