# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Deborah E. Collins            :            CASE NO.:  18-15957

Debtor(s)                              :            CHAPTER  13

### NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

Deborah E. Collins, debtor, has filed an Objection to Claim 2-1 filed by Toyota Motor Corporation for the reason(s) stated in the enclosed motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney you may wish to consult an attorney.)

1. If you do NOT want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fourteen days (14) prior to the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

U.S. Bankruptcy Court 900 Market Street-Suite 400 Philadelphia, PA 19107

    (b) mail a copy to the movant:

Diane E. Barr, Esquire, 24 Veterans Square, Media, PA  19063

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before Judge Ashley M. Chan, on 05/28/19 11:00:00 AM in Courtroom #4 at U.S. Bankruptcy Court, Philadelphia 900 Market St.

4. You may contact the Bankruptcy Clerk's office at (215)408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  04/25/19                                    /s Diane E. Barr, Esquire
                                                   Attorney for Debtor