## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:   Deborah E. Collins**          :          **CASE NO.:  18-15957**


        **Debtor(s)**                    :          **CHAPTER  13**


## PROPOSED ORDER


 AND NOW THIS, _____day of _____, 2018, it is hereby
ordered that Claim 1-1 is reduced to $12,994.00.


Date:_____          _____
                               Honorable Ashely M. Chan