UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| Bankruptcy no. | 18-15957-amc | | Date: | April 29, 2019 |
| Debtor: | Deborah Collins | | to: | Diane E. Barr, Esq. |
| | | | | 24 Veterans Square |
| | | | | Media, PA 19063 |

## NOTICE OF INACCURATE FILING

*RE:*  Docket Entry # 73:   Objection to Claim number 2 by claimant Toyota Motor Corp. filed by Deborah Collins represented by DIANE E. BARR.

The above pleading was electronically filed with this office on **4/25/2019**. Please be advised that the document contains a deficiency as set forth below:

(**X**)   Wrong PDF document attached for Proposed Order .

*RE:*  Docket Entry # 75:   Notice of Objection to Claim number 1 by claimant Zoomli, Inc. filed by Deborah Collins represented by DIANE E. BARR.

The above pleading was electronically filed with this office on **4/25/2019**. Please be advised that the document contains a deficiency as set forth below:

(**X**)   Wrong PDF document attached .

In order for this matter to proceed, please submit the above noted corrections within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk of Court

By: John B.
Deputy Clerk