# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins          :          CASE NO.:  18-15957

   Debtor(s)                        :          CHAPTER  13

## PROPOSED ORDER

 AND NOW THIS, _____ day of _____, 2018, it is hereby ordered that Claim 2-1 is disallowed in its entirety.


Date:_____          _____
                                Honorable Ashely M. Chan