# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins          :          CASE NO.:  18-15957

       Debtor(s)                    :          CHAPTER  13

## PROPOSED ORDER

AND NOW THIS, _____ day of _____, 2018, it is hereby ordered that Claim 1-1 is reduced to $12,994.00.

Date:  **May 28, 2019**                    _____
                                            Honorable Ashely M. Chan