# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins            :            CASE NO.:  18-15957

**Debtor(s)**                         :            CHAPTER  13

## PROPOSED ORDER

AND NOW THIS, _____ day of _____, 2018, it is hereby ordered that Claim 2-1 is disallowed in its entirety.

Date:  **May 28, 2019**                    _____

                                           Honorable Ashely M. Chan