```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 18-15957-amc
Deborah Collins                                                 Chapter 13
        Debtor
```
## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1         Date Rcvd: May 29, 2019
                              Form ID: pdf900         Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Deborah Collins,    504 Foster Drive,    Springfield, PA 19064-1740
cr             +U.S. Bank NA, successor trustee to Bank of America,    c/o KEVIN G. MCDONALD,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211546      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial,    Po Box 5855,   Carol Stream, IL  60197)
14253633       +Toyota Motor Credit Corporation,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14250393       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 30 2019 02:50:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 02:50:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2019 02:50:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr*            +Toyota Motor Credit Corporation,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14250394*      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              DIANE E. BARR    on behalf of Debtor Deborah  Collins thelawofficeofdianebarr@yahoo.com,
               dbarrcg@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the
               Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins              :              CASE NO.:  18-15957

     Debtor(s)                          :              CHAPTER  13

## PROPOSED ORDER

AND NOW THIS, _____ day of _____, 2018, it is hereby ordered that Claim 2-1 is disallowed in its entirety.

Date: **May 28, 2019**            _____
                                                    Honorable Ashely M. Chan