United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15957-amc
Deborah Collins                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John            Page 1 of 2          Date Rcvd: Jun 12, 2019
                              Form ID: 160          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db             +Deborah Collins,    504 Foster Drive,    Springfield, PA 19064-1740
cr             +U.S. Bank NA, successor trustee to Bank of America,    c/o KEVIN G. MCDONALD,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211552        ARS National Services/Capital One,    Po Box 4690246,    Escondido, CA  92046
14211549       +Creidt Collections Services,    725 Canton Street,    Norwood, MA 02062-2679
14211547       +Fuseller & Associates,    637 Presidential Drive,    Richardson, TX 75081-2928
14211550       +Portfolio Recovery Associate/Capital One,    PO Box 12914,    Norfolk, VA 23541-0914
14211551       +Radius/First Premier,    PO Box 390846,    Minneapolis, MN 55439-0846
14211545       +Select Portfolioi Systems,    Po Box 65250,    Salt Lake City, UT 84165-0250
14211546      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,    Po Box 5855,    Carol Stream, IL  60197)
14253633       +Toyota Motor Credit Corporation,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
14250393       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14198993       +U.S. Bank NA, successor to Bank of America NA,,    LaSalle Bank NA, Washington Mutual Mortg,
                c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14211548       +Zoomli,    PPO Box 526031,    Salt Lake City, UT 84152-6031
14199781       +Zoomli LLC,    PO Box 526037,    Salt Lake City, UT 84152-6037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14263475       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2019 03:02:24
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14275995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 03:02:46
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14270798       +E-mail/Text: RVSVCBINCNOTICE1@state.pa.us Jun 13 2019 03:01:26
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14254085       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 13 2019 03:01:42    Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14275616       +E-mail/Text: bncmail@w-legal.com Jun 13 2019 03:01:40    SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14276141        E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2019 03:02:12    U.S. Bank NA, et. al,
                c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                           TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Toyota Motor Credit Corporation,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
14250394*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              DIANE E. BARR    on behalf of Debtor Deborah  Collins thelawofficeofdianebarr@yahoo.com,
              dbarrcg@aol.com,
              JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
              ecfemails@phl3trustee.com

District/off: 0313-2           User: John              Page 2 of 2              Date Rcvd: Jun 12, 2019
                              Form ID: 160             Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
             NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the
             Washington Mutual Mortgage Pass-Through Certificates, WMAL bkgroup@kmllawgroup.com
            KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 7

### UNITED STATESBANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Deborah Collins

      Debtor(s)

Case No: 18–15957–amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,


      on: 8/20/19

      at: 10:00 AM

      in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.


Dated: 6/12/19

      For The Court

      Timothy B. McGrath
      Clerk of Court