UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

08/10/2019

To:
**Diane Barr**

          In re: Deborah Collins aka The Dress Matters
          Bankruptcy No. **18-15957**
          Adversary No.
          Chapter 13

Re **Amended Schedules E/F**

The above document(s) were filed in this office on 08/10/2019. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    (X)    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

          Timothy B. McGrath
          Clerk


          By:Donna Rockeymore
            Deputy Clerk

*Fee Notice*
*(11/26/18)*