**SPS** *Portfolio* **SERVICING,** *inc.*
P.O. Box 65250
Salt Lake City, UT 84165-0250

| Customer Service | 1-800-258-8602 |
|---|---|
| Monday - Thursday | 8:00 AM - 11:00 PM ET |
| Friday | 8:00 AM - 9:00 PM ET |
| Saturday | 8:00 AM - 2:00 PM ET |

PAGE 1 OF 3

## Customer Account Activity Statement

| | |
|---|---|
| Loan Number: | 0018617761 |
| Statement Request Date: | 09-18-19 |
| Payment Due Date: | 03-01-19 |
| Payment Amount: | 2485.13 |
| Principal and Interest Payment: | 1492.71 |
| Interest Rate: | 3.62500% |
| Current Principal Balance:* | 228,355.84 |
| Current Escrow Balance: | 5,786.45- |

20

DEBORAH E COLLINS
504 FOSTER DR
SPRINGFIELD PA  19064

| | |
|---|---|
| Payments Due: | $17,395.91 |
| Late Charges & Other Fees: | $738.76 |
| Expenses Pd by Servicer: | $188.00 |
| Tax/Ins Pd by Servicer: | $.00 |
| Unapplied Balance: | ($2,903.60) |
| Total Amount Due:** | $15,419.07 |

\* This is not a payoff quote.
\*\* This is not a reinstatement quote.
Please call 1-800-258-8602 for a reinstatement or payoff quote

| Process Date | Effective Date | Pymt Due Date | Tran Code | Transaction Description | Transaction Amount | Principal Paid/ Balance | Interest Paid | Escrow Paid/ Balance | Other Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.20 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.80 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.90 | 0.00 | 0.00 | 0.00 | | |
| 09-13-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.90 | 0.00 | 0.00 | 0.00 | | |
| 09-11-19 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 09-11-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 09-09-19 | | 08-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- | | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 5,786.45- | | |
| 09-06-19 | | 02-19 | 173 | PAYMENT | 2,485.13 | 800.47 | 692.24 | 909.92 | 82.50 | UNAPPLIED FUNDS |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | 228,355.84 | | 5,739.20- | | |
| 08-20-19 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.90 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.90 | 0.00 | 0.00 | 0.00 | | |
| 08-20-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.00 | 0.00 | 0.00 | 0.00 | | |
| 08-16-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.16 | 0.00 | 0.00 | 0.00 | | |
| 08-09-19 | | 01-19 | 173 | PAYMENT | 2,485.13 | 798.06 | 694.65 | 909.92 | 82.50 | UNAPPLIED FUNDS |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | 229,156.31 | | 6,649.12- | | |
| 08-08-19 | | 07-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- | | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 7,559.04- | | |
| 08-07-19 | | 08-19 | 315 | SCHOOL TAX | 5,353.82- | 0.00 | 0.00 | 5,353.82- | | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 7,511.79- | | |
| 07-22-19 | 07-16-19 | 12-18 | 173 | PAYMENT | 2,485.13 | 795.65 | 697.06 | 909.92 | 82.50 | UNAPPLIED FUNDS |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | 229,954.37 | | 2,157.97- | | |
| 07-17-19 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 07-17-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 07-10-19 | | 06-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- | | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 3,067.89- | | |
| 06-21-19 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 06-21-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 06-10-19 | | 05-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- | | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 3,020.64- | | |
| 06-03-19 | 06-01-19 | 11-18 | 173 | PAYMENT | 2,485.13 | 793.26 | 699.45 | 909.92 | 82.50 | UNAPPLIED FUNDS |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | 230,750.02 | | 2,973.39- | | |
| 05-23-19 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 05-23-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | | |
| 05-14-19 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.16 | 0.00 | 0.00 | 0.00 | | |

| Process Date | Effective Date | Pymt Due Date | Tran Code | Transaction Description | Transaction Amount | Principal Paid/ Balance | Interest Paid | Escrow Paid/ Balance | Other Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-09-19 |  | 04-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 3,883.31- |  |  |
| 05-01-19 |  | 10-18 | 173 | PAYMENT | 2,485.13 | 790.87 | 701.84 | 909.92 | 82.50 | UNAPPLIED FUNDS |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES | 231,543.28 |  |  | 3,836.06- |  |  |
| 04-10-19 |  | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 04-10-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 04-09-19 |  | 03-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,745.98- |  |  |
| 04-03-19 |  | 00-00 | 632 | STATUTORY EXP DISB | 3.90 | 0.00 | 0.00 | 0.00 |  |  |
| 04-03-19 |  | 00-00 | 630 | ATTORNEY FEES DISB | 525.00 | 0.00 | 0.00 | 0.00 |  |  |
| 03-27-19 |  | 10-18 | 173 | PAYMENT | 2,402.63 | 0.00 | 0.00 | 0.00 | 2,402.63 | UNAPPLIED FUNDS |
| 03-20-19 |  | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 03-20-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-14-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 03-08-19 |  | 02-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,698.73- |  |  |
| 03-07-19 |  | 03-19 | 313 | CITY TAX | 1,360.23- | 0.00 | 0.00 | 1,360.23- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,651.48- |  |  |
| 03-01-19 |  | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 0.16- | 0.00 | 0.00 | 0.00 |  |  |
| 02-25-19 |  | 09-18 | 173 | PAYMENT | 2,402.63 | 788.49 | 704.22 | 909.92 |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES | 232,334.15 |  |  | 3,291.25- |  |  |
| 02-22-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.16 | 0.00 | 0.00 | 0.00 |  |  |
| 02-21-19 |  | 09-18 | 173 | PAYMENT | 0.00 | 0.00 | 0.00 | 300.00 | 300.00- | UNAPPLIED FUNDS |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,201.17- |  |  |
| 02-20-19 |  | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 02-20-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 02-08-19 |  | 01-19 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,501.17- |  |  |
| 02-01-19 |  | 03-19 | 312 | COUNTY TAX | 896.53- | 0.00 | 0.00 | 896.53- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,453.92- |  |  |
| 01-29-19 |  | 00-00 | 631 | PROP PRESERVATION DIS | 350.00 | 0.00 | 0.00 | 0.00 |  |  |
| 01-25-19 |  | 08-18 | 173 | PAYMENT | 2,402.63 | 786.11 | 706.60 | 909.92 |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES | 233,122.64 |  |  | 3,557.39- |  |  |
| 01-16-19 |  | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 01-16-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 01-10-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.50 | 0.00 | 0.00 | 0.00 |  |  |
| 01-10-19 |  | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 |  |  |
| 01-09-19 |  | 12-18 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 4,467.31- |  |  |
| 01-09-19 |  | 08-18 | 493 | ARM LOAN ADJUSTMENT - NEW INTEREST RATE:  0.03625 NEW PRIN & INT PAYMENT: |  |  |  |  | 1,492.71 |  |
| 01-09-19 |  | 07-18 | 173 | PAYMENT | 0.00 | 803.09 | 660.13 | 909.92 |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES | 233,908.75 |  |  | 4,420.06- |  |  |
| 01-09-19 |  | 06-18 | 173 | PAYMENT | 0.00 | 800.84 | 662.38 | 909.92 |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES | 234,711.84 |  |  | 5,329.98- |  |  |
| 01-09-19 |  | 05-18 | 173 | PAYMENT | 7,207.89 | 798.59 | 664.63 | 909.92 | 88.47 | UNAPPLIED FUNDS |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES | 235,512.68 |  |  | 6,239.90- |  |  |
| 12-17-18 |  | 00-00 | 711 | PROP PRESERVATION REP | 15.00 | 0.00 | 0.00 | 0.00 |  |  |
| 12-11-18 |  | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 12-11-18 |  | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 |  |  |
| 12-10-18 |  | 11-18 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- |  |  |
|  |  |  |  | NEW PRINCIPAL/ESCROW BALANCES |  |  |  | 7,149.82- |  |  |
| 12-10-18 |  | 00-00 | 631 | PROP PRESERVATION DIS | 15.00 | 0.00 | 0.00 | 0.00 |  |  |
| 12-10-18 |  | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 15.00 | 0.00 | 0.00 | 0.00 |  |  |
| 12-10-18 |  | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 15.00- | 0.00 | 0.00 | 0.00 |  |  |
| 12-07-18 |  | 00-00 | 631 | PROP PRESERVATION DIS | 15.00 | 0.00 | 0.00 | 0.00 |  |  |

| Process Date | Effective Date | Pymt Due Date | Tran Code | Transaction Description | Transaction Amount | Principal Paid/ Balance | Interest Paid | Escrow Paid/ Balance | Other Amount Description |
|---|---|---|---|---|---|---|---|---|---|
| 12-03-18 | | 00-00 | 632 | STATUTORY EXP DISB | 191.72 | 0.00 | 0.00 | 0.00 | |
| 12-03-18 | | 00-00 | 630 | ATTORNEY FEES DISB | 500.00 | 0.00 | 0.00 | 0.00 | |
| 11-27-18 | | 00-00 | 630 | ATTORNEY FEES DISB | 375.00 | 0.00 | 0.00 | 0.00 | |
| 11-23-18 | | 11-18 | 351 | HOMEOWNERS INS | 3,177.00- | 0.00 | 0.00 | 3,177.00- | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 7,102.57- | |
| 11-20-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.16 | 0.00 | 0.00 | 0.00 | |
| 11-19-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 | |
| 11-19-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.20 | 0.00 | 0.00 | 0.00 | |
| 11-19-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.30 | 0.00 | 0.00 | 0.00 | |
| 11-19-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.20 | 0.00 | 0.00 | 0.00 | |
| 11-16-18 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | |
| 11-16-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | |
| 11-15-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.60 | 0.00 | 0.00 | 0.00 | |
| 11-08-18 | | 10-18 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 3,925.57- | |
| 10-29-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 15.00 | 0.00 | 0.00 | 0.00 | |
| 10-29-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 15.00- | 0.00 | 0.00 | 0.00 | |
| 10-26-18 | | 00-00 | 631 | PROP PRESERVATION DIS | 15.00 | 0.00 | 0.00 | 0.00 | |
| 10-10-18 | | 00-00 | 766 | MISC. CORP ADV REPAY | 1.50 | 0.00 | 0.00 | 0.00 | |
| 10-10-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 1.50 | 0.00 | 0.00 | 0.00 | |
| 10-08-18 | | 09-18 | 310 | MORTGAGE INSURANCE DI | 47.25- | 0.00 | 0.00 | 47.25- | |
| | | | | NEW PRINCIPAL/ESCROW BALANCES | | | | 3,878.32- | |
| 10-08-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.70 | 0.00 | 0.00 | 0.00 | |
| 10-08-18 | | 00-00 | 601 | MISC. CORP ADV DISB | 0.10 | 0.00 | 0.00 | 0.00 | |
| 09-26-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 15.00 | 0.00 | 0.00 | 0.00 | |
| 09-26-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 15.00- | 0.00 | 0.00 | 0.00 | |
| 09-25-18 | | 00-00 | 631 | PROP PRESERVATION DIS | 15.00 | 0.00 | 0.00 | 0.00 | |
| 09-24-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 50.00 | 0.00 | 0.00 | 0.00 | |
| 09-24-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 50.00- | 0.00 | 0.00 | 0.00 | |
| 09-21-18 | | 00-00 | 630 | ATTORNEY FEES DISB | 510.00 | 0.00 | 0.00 | 0.00 | |
| 09-21-18 | | 00-00 | 630 | ATTORNEY FEES DISB | 50.00 | 0.00 | 0.00 | 0.00 | |
| 09-18-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 250.00 | 0.00 | 0.00 | 0.00 | |
| 09-18-18 | | 00-00 | 745 | CORP. ADVANCE ADJUSTM | 250.00- | 0.00 | 0.00 | 0.00 | |
| 09-17-18 | | 00-00 | 632 | STATUTORY EXP DISB | 250.00 | 0.00 | 0.00 | 0.00 | |



**Account Activity**                                           Tuesday, September 24, 2019

## Interest Checking XXXXXX7877

### Account Summary

| | | | |
|---|---|---|---|
| Available Balance: |  | Interest Paid to Date: |  |
| Ledger Balance: | | Interest Paid Last Year: | |
| Pending Withdrawals: | | Last Deposit Amount: | |
| Pending Deposits: | | Last Statement Balance: | |

### Account Details

| | |
|---|---|
| Nickname: | None |
| Type: | Interest Checking |
| Text Banking Nickname: | Not Enrolled |
| Address: | 504 FOSTER DR<br>SPRINGFIELD, PA 19064 - 1740 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 09/24/2019 | | | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 09/23/2019 | ACH TELSINGLE XXXXX7761 SELECT PORTFOLIO SPS | $2,485.13 | | |
| 09/23/2019 | VISA MONEY TRANSFER C XXXXX8000 VIS 0920 Cash App*Cash Out Visa Direct CA | | | |
| 09/20/2019 | ATM WITHDRAWAL PNCPD1077 N0920 2353 1260 PROVIDENCE RD GLEN RIDDLE PA | | | |
| 09/20/2019 | ACH CREDIT XXXXX1835KAE AMERIHEALTH CARI DIRECT DEP | | | |
| 09/19/2019 | ONLINE TRANSFER TO XXXXX7468 | | | |