## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Deborah Collins dba The Dress Matters <br>          Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns <br>          Movant <br>     vs. | |
| Deborah Collins dba The Dress Matters <br>          Debtor(s) | NO. 18-15957 AMC |
| William C. Miller Esq. <br>          Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **January 4, 2019, docket number 50**.

Respectfully submitted,


By: **/s/ Kevin G. McDonald, Esquire**
       Kevin G. McDonald, Esquire
       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322
       Attorney for Movant/Applicant


October 8, 2019