# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15957-AMC

DEBORAH  COLLINS

504 FOSTER DRIVE

SPRINGFIELD, PA 19064-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DEBORAH  COLLINS

  504 FOSTER DRIVE

  SPRINGFIELD, PA 19064-

Counsel for debtor(s), by electronic notice only.

  DIANE E BARR, ESQUIRE
  LAW OFFICE OF DIANE E BARR
  24 VETERANS SQUARE
  MEDIA, PA 19063-

                              /S/ William C. Miller

Date: 6/5/2020                 _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee