# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deborah E. Collins                :            CASE NO.:  18-15957

Debtor(s)                :            CHAPTER  13

## PROPOSED ORDER

AND NOW THIS, _____ day of _____, 2021, it is hereby ordered that Debtor's Motion to Approve Post Petition Debt is granted.

Date: February 16, 2021

Date:_____            _____
                                                                    Honorable Ashely M. Chan