United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-15957-amc

Deborah Collins                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Collins, 504 Foster Drive, Springfield, PA 19064-1740 |
| cr | + | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | U.S. Bank NA, successor trustee to Bank of America, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 05:09:19 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2021 05:00:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

**Name**                         **Email Address**

DIANE E. BARR

District/off: 0313-2                        User: admin                                    Page 2 of 2
Date Rcvd: Feb 16, 2021                     Form ID: pdf900                            Total Noticed: 5

on behalf of Debtor Deborah Collins thelawofficeofdianebarr@yahoo.com  dbarrcg@aol.com

JACK K. MILLER
                        on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KEVIN G. MCDONALD
                        on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
                        on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as
                        trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL
                        bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                        on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as
                        trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL
                        bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:  Deborah E. Collins**              **:**              **CASE NO.:  18-15957**


        **Debtor(s)**                        **:**              **CHAPTER  13**


**PROPOSED ORDER**


 AND NOW THIS, _____day of _____, 2021, it is hereby
ordered that Debtor's Motion to Approve Post Petition Debt is granted.

 **Date: February 16, 2021**

Date:_____              _____

                                  Honorable Ashely M. Chan