## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.    18-15957 |
| **Deborah Collins** | |
| | **Chapter:**    13 |
| Debtor(s) | |

**PROPOSED ORDER**

AND NOW THIS _____DAY OF _____, 2021.  It is hereby ordered that Debtor's Motion to Sell Real Property located at 504 Foster Drive, Springfield, PA  19063 is hereby granted and that the sales proceeds will be used to satisfy all mortgages and other liens on the subject property.

Date:_____                          _____
                                                                                    Honorable Ashely M. Chan