**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Deborah Collins            :            CASE NO.: 18-15957

Debtor(s)                          :            CHAPTER  13

**AMENDED PROPOSED ORDER**

      AND NOW THIS, _____day of _____, 2021, it is hereby ordered that Debtor's Motion to Sell 504 Foster Drive, Springfield, PA 19064 is hereby granted. It is further ordered that SELECT PORTFOLIO SERVICING as Servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR2's lien shall be paid in full subject to a proper and accurate payoff at the time of closing, which shall occur in a reasonable time frame. The lien will otherwise remain on the property unless paid in full.

Date:_____            _____
                                                         Honorable Ashely M. Chan