**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**


**IN RE:   Deborah Collins**                    **:**                    **CASE NO.:  18-15957**


**Debtor(s)**                    **:**                    **CHAPTER  13**


**AMENDED PROPOSED ORDER**

AND NOW THIS, _____day of _____, 2021, it is
hereby ordered that  Debtor's Motion to  Sell 504 Foster Drive, Springfield, PA  19064  is hereby
granted.  It is further ordered that SELECT PORTFOLIO SERVICING as Servicer for U.S.
Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA,
as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through
Certificates, WMALT Series 2006-AR2's lien shall be paid in full subject to a proper and
accurate payoff at the time of closing, which shall occur in a reasonable time frame. The lien will
otherwise remain on the property unless paid in full.


**Date: August 10, 2021**


Date:_____                    _____

                                         Honorable Ashely M. Chan